# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANGELO QUINN, | |
| Petitioner, | |
| v. | 1:05-cv-2525-WSD |
| THE STATE OF GEORGIA, | |
| Respondent. | |

## ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Walker [3] on Petitioner's Writ of Habeas Corpus [1]. Because no objections to the Report and Recommendation have been filed, the Court must conduct a plain error review of the record. United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983), cert. denied, 464 U.S. 1050 (1984). After careful review, the Court finds no plain error in the Magistrate Judge's factual or legal conclusions. Accordingly,

**IT IS HEREBY ORDERED** that the Court **ADOPTS AS ITS ORDER** the Magistrate Judge's Report and Recommendation and the Petitioner's Writ of

Habeas Corpus [1] is **DISMISSED**.   The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 28th day of November, 2005.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE